IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | | |
|---|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC., | * | |
| PLAINTIFF, | * | |
| | * | CASE NO. JFM 03 CV 197 |
| THE LANDMARK ASSOCIATED COMPANIES, INC., | * | |
| DEFENDANT. | * | |

\* \* \* \* \* \* \* \* \* \* \*

ORDER GRANTING LEAVE TO COMMENCE DISCOVERY
PRIOR TO THE ISSUANCE OF A SCHEDULING ORDER

Upon consideration of the motion of The CIT Group/Equipment Financing, Inc. for leave to commence discovery immediately, and upon consideration of any response thereto, the relief requested appearing appropriate under the circumstances, it is this 24 day of Jan, 2003, hereby ORDERED that the parties may commence discovery immediately upon the entry of this Order.

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Copies to:

Steven N. Leitess, Esq.
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208

The Landmark Associated Companies, Inc.
Attn.: Mr. Robert R. Gregory, Jr.
1601 Chicksaw Road
Arnold, MD 21012

Mr. Robert R. Gregory, Jr.
1601 Chicksaw Road
Arnold, MD 21012

\\server\common\CASE\C\-ef\Landmark Associated Co\Pleadings\Motion to Com Disc v1.doc