IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | |
|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC., | * |
| PLAINTIFF, | * |
| v. | * CASE NO. _JFM 03 CV 197_ |
| THE LANDMARK ASSOCIATED COMPANIES, INC., | * |
| DEFENDANT. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

<u>ORDER DIRECTING ISSUANCE OF WRIT OF REPLEVIN</u>

Upon consideration of the application for a Writ of Replevin made to this Court in the complaint filed by The CIT Group/Equipment Financing, Inc. ("CIT"), whereby CIT requests immediate possession of the following property:

- One (1) 1988 Mack Model RW713 Dump Truck, VIN # 1M2AY10C8JM003523;

- One (1) 1989 Peterbilt Model 379 Truck, S/N 1XP50B9X0KN279122;

- One (1) 1989 Peterbilt Model 379 Truck, S/N 1XPALA0X6KN283927;

- One (1) 1988 Kenworth Model T800 Truck, S/N 1NKDLA0X2JJ512509;

- One (1) 1989 Mack Truck Superliner, S/N 1M2AY10C5JM003835;

- One (1) 1990 Trail King Model 35T Gooseneck Trailer, S/N 1TKH04322LM046460;

- One (1) 1996 Trail Boss Model 22.5 Ton Tilt Top Trailer, S/N 1T9TP27Z6V1118142;

- One (1) 1993 GMC ¾ Ton 4X4 DSL Extended Cab, S/N 1GTGKZ9F7PE541362;

the above-captioned complete with all tires, wheels, additions, substitutions, attachments, replacements and accessions thereof (the "Equipment"); and any response thereto, the Court hereby:

**FINDS** that the defendant, The Landmark Associated Companies, Inc., has failed to show

\\serve\common\CASE\Cit-ef\Landmark Associated Co\Pleadings\Writ of Replevin Order v1.doc

cause why the Equipment should not be returned immediately to the custody and possession of CIT; and further

**FINDS** that CIT is entitled to immediate possession of the Equipment; and further

**FINDS** that the relief requested by CIT otherwise appears appropriate under the circumstances; and accordingly, it is hereby

1.  **ORDERED** that upon the filing in court by CIT of a corporate surety bond for replevin in the amount of $ 5,000.00 , the Clerk shall issue a writ of replevin directing the United States Marshal to effect the immediate return of the Equipment to CIT; and it is further

2.  **ORDERED** that the Clerk shall deliver said writ into the hands of the United States Marshal for the District of Maryland for service upon The Landmark Associated Companies, Inc. for execution and return thereupon within (thirty) 30 days from the date of the writ.

DATE: Jan 24 2003

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

cc:

Steven N. Leitess, Esq.
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208

The Landmark Associated Companies, Inc.
Attn.: Robert R. Gregory, Jr.
1601 Chicksaw Road
Arnold, MD 21012