IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC. | * * * | |
| v. | * * | Civil No. JFM-03-197 |
| THE LANDMARK ASSOCIATED COMPANIES, INC. | * * | |

*****

ORDER

It is, this 31st day of January 2003

ORDERED that the order directing issuance of writ of replevin is hereby rescinded.

J. Frederick Motz
United States District Judge