**IN THE UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF MARYLAND (BALTIMORE DIVISION)**

| | | |
|---|---|---|
| **THE CIT GROUP/EQUIPMENT FINANCING, INC.,** | * | |
| **PLAINTIFF,** | * | |
| **V.** | * | **CASE NO.    JFM 03 CV 197** |
| **THE LANDMARK ASSOCIATED COMPANIES, INC.,** | * | |
| **DEFENDANT.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE COVERING FILING OF**
**SHOW CAUSE ORDER IN ACTION OF REPLEVIN**

Dear Clerk:

Accompanying this Line please find a proposed Show Cause Order in Action of Replevin. The document must be served on the defendant with the initial pleadings that we are holding for service pending receipt of the executed Show-Cause Order. The Process Server was unable to effect service at the given address. Please present this to Judge Motz at your earliest opportunity.

/s/ Steven N. Leitess
Steven N. Leitess, Fed. Bar No. 05856
G. David Dean, Fed. Bar No. 26987
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208
(410) 486-2600
(410) 486-8438 FAX