**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)**

| | |
|---|---|
| **THE CIT GROUP/EQUIPMENT FINANCING, INC.,** | * |
| **PLAINTIFF,** | * |
| V. | * CASE NO.  **03 CV 197 JFM** |
| **THE LANDMARK ASSOCIATED COMPANIES, INC.,** | * |
| **DEFENDANT.** | * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**SHOW CAUSE ORDER IN ACTION OF REPLEVIN**

Upon the application for a Writ of Replevin made to this Court by complaint filed by the plaintiff, The CIT Group/Equipment Financing, Inc. ("CIT"), whereby CIT requests immediate possession of the following property:

- One (1) 1988 Mack Model RW713 Dump Truck, VIN # 1M2AY10C8JM003523;
- One (1) 1989 Peterbilt Model 379 Truck, S/N 1XP50B9X0KN279122;
- One (1) 1989 Peterbilt Model 379 Truck, S/N 1XPALA0X6KN283927;
- One (1) 1988 Kenworth Model T800 Truck, S/N 1NKDLA0X2JJ512509;
- One (1) 1989 Mack Truck Superliner, S/N 1M2AY10C5JM003835;
- One (1) 1990 Trail King Model 35T Gooseneck Trailer, S/N 1TKH04322LM046460;
- One (1) 1996 Trail Boss Model 22.5 Ton Tilt Top Trailer, S/N 1T9TP27Z6V1118142;
- One (1) 1993 GMC ¾ Ton 4X4 DSL Extended Cab, S/N 1GTGKZ9F7PE541362;

the above-captioned complete with all tires, wheels, additions, substitutions, attachments, replacements and accessions thereof (the "Equipment"), it is hereby:

**ORDERED** that defendant The Landmark Associated Companies, Inc. is subpoenaed to appear before this Court, in courtroom ____ on the ____ day of _____, 2003 at _____ a.m. / p.m. to show cause why the Equipment should not be restored to the permanent

custody of CIT, provided that a copy of this Order and the complaint attached hereto and made a part hereof be served on the defendant by plaintiff on or before the _____ day of _____, 2003; and it is further

      **ORDERED** that if the defendant does not file a written response to the relief CIT requests no later than 2 days prior to the show-cause hearing, the relief requested may be granted without a hearing.

DATE: _____　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　**JUDGE, UNITED STATES DISTRICT COURT**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**FOR THE DISTRICT OF MARYLAND**

cc:

Steven N. Leitess
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208

The Landmark Associated Companies, Inc.
Attn.: Robert R. Gregory, Jr.
1601 Chicksaw Road
Arnold, MD 21012