# LEITESS, LEITESS & FRIEDBERG, P.C.

Attorneys at Law

---

EARL F. LEITESS (MD)
STEVEN N. LEITESS (MD,DC)
JEREMY S. FRIEDBERG (MD,VA,DC)
TAMMY C. DRESCHER (MD,VA,DC)
ANDREW L. COLE (MD,VA,FL)
GORDON S. YOUNG (MD,PA,DC)
G. DAVID DEAN (MD)

STEPHEN M. FRIEDBERG (NY,FL)
WENDELL FINNER (MD,DC,VA,FL)
   *Of Counsel*

PLEASE REPLY TO:
**MARYLAND OFFICE**

CHARLES E. GREENE, II
CLARE BRENNAN
PARALEGALS

*Writer's Direct Dial*
410.486.2602

*Writer's e-mail Address*
steve@leitess.com

March 20, 2003

Clerk
United States District Court for
 the District of Maryland (Baltimore Division)
101 West Lombard Street
Baltimore, MD 21201

   Re: *The CIT Group/Equipment Financing, Inc. v. The Landmark*
       *Associated Companies, Inc.* Case No.: 03 CV 197 JFM;
       Our File No.:108.066

Dear Clerk:

   Attached please find a *Line Covering Filing of Show Cause Order in Action of Replevin* and a proposed *Show Cause Order in Action of Replevin* to be reissued. The Process Server was unable to effect service at the given address, therefore the Show Cause Order needs to be reissued. Please forward the Proposed Show Cause Order immediately to the Honorable J. Frederick Motz for review and execution.

   Thank you.

                                           Sincerely,

                                           **LEITESS, LEITESS & FRIEDBERG, P.C.**


                                           /s/ Steven N. Leitess
                                           By:  Steven N. Leitess

SNL:me

---

\\server\shares\common\case\cit-ef\landmarkassociated co\corres\clerk ltr 03.doc
3/20/2003:4:25 PM

SUITE 302
25 HOOKS LANE
BALTIMORE, MD 21208-1302
TELEPHONE  410.486.2600
TELECOPIER  410.486.8438

WORLD WIDE WEB
http://www.ll-f.com

218 NORTH LEE STREET
THIRD FLOOR
ALEXANDRIA, VA  22314-2631
TELEPHONE  703.684.8800
TELECOPIER  703.684.8801