```
                                                              FILED
                                                         U.S. DISTRICT COURT
        IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
                  DISTRICT OF MARYLAND (BALTIMORE DIVISION)
                                                         2003 MAR 26  A 11: 39
```

THE CIT GROUP/EQUIPMENT FINANCING, INC.,

    PLAINTIFF,    \*    CLERK'S OFFICE AT BALTIMORE

   \* CASE NO.   <u>03 CV 197 JFM</u> DEPUTY

THE LANDMARK ASSOCIATED COMPANIES, INC.,  \*

    DEFENDANT.    \*

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

### SHOW CAUSE ORDER IN ACTION OF REPLEVIN

Upon the application for a Writ of Replevin made to this Court by complaint filed by the plaintiff, The CIT Group/Equipment Financing, Inc. ("CIT"), whereby CIT requests immediate possession of the following property:

- One (1) 1988 Mack Model RW713 Dump Truck, VIN # 1M2AY10C8JM003523;

  One (1) 1989 Peterbilt Model 379 Truck, S/N 1XP50B9X0KN279122.

- One (1) 1989 Peterbilt Model 379 Truck, S/N 1XPALA0X6KN283927;

- One (1) 1988 Kenworth Model T800 Truck, S/N 1NKDLA0X2JJ512509;

- One (1) 1989 Mack Truck Superliner, S/N 1M2AY10C5JM003835;

  One (1) 1990 Trail King Model 35T Gooseneck Trailer, S/N 1TKH04322LM046460;

  One (1) 1996 Trail Boss Model 22.5 Ton Tilt Top Trailer, S/N 1T9TP27Z6V1118142;

- One (1) 1993 GMC ¾ Ton 4X4 DSL Extended Cab, S/N 1GTGKZ9F7PE541362.

the above-captioned complete with all tires, wheels, additions, substitutions, attachments, replacements and accessions thereof (the "Equipment"), it is hereby:

**ORDERED** that defendant The Landmark Associated Companies, Inc. is subpoenaed to appear before this Court, in courtroom <u>5A</u> on the <u>21ST</u> day of <u>APRIL</u>, 2003 at <u>9:00</u> <u>a.m.</u>/ p.m. to show cause why the Equipment should not be restored to the permanent

custody of CIT, provided that a copy of this Order and the complaint attached hereto and made a part hereof be served on the defendant by plaintiff on or before the 11th day of __APRIL__, 2003; and it is further

**ORDERED** that if the defendant does not file ~~a written response~~ to the relief CIT requests no later than 2 days prior to the show-cause hearing, the relief requested may be granted without a hearing.

DATE: 3/26/03

/s/
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2003 MAR 26  A 11:39
CLERK'S OFFICE
AT BALTIMORE
DEPUTY

cc:

Steven N. Leitess
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208

The Landmark Associated Companies, Inc.
Attn.: Robert R. Gregory, Jr.
1601 Chicksaw Road
Arnold, MD 21012