**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)**

| | |
|---|---|
| **THE CIT GROUP/EQUIPMENT FINANCING, INC.,** | * |
|     **PLAINTIFF,** | * |
| **V.** | *   **CASE NO.   03-CV-00197** |
| **THE LANDMARK ASSOCIATED COMPANIES, INC.,** | * |
|     **DEFENDANT.** | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## WRIT OF REPLEVIN

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MARYLAND, GREETINGS:**

An application having been made to this Court for a Writ of Replevin by complaint filed by The CIT Group/Equipment Financing, Inc. *f/k/a* SDI Capital Resources, Inc. ("CIT"), the relief requested appearing appropriate under the circumstances and an Order Directing Issuance of Writ of Replevin having been entered by the Court, it is this ____ day of _____, 2003

**ORDERED** that you cause to be replevied and delivered to the plaintiff, CIT, or its authorized agent, the following goods and chattels wherever found, to wit:

- One (1) 1988 Mack Model RW713 Dump Truck, VIN # 1M2AY10C8JM003523;
- One (1) 1989 Peterbilt Model 379 Truck, S/N 1XP50B9X0KN279122;
- One (1) 1989 Peterbilt Model 379 Truck, S/N 1XPALA0X6KN283927;
- One (1) 1988 Kenworth Model T800 Truck, S/N 1NKDLA0X2JJ512509;
- One (1) 1989 Mack Truck Superliner, S/N 1M2AY10C5JM003835;
- One (1) 1990 Trail King Model 35T Gooseneck Trailer, S/N 1TKH04322LM046460;
- One (1) 1996 Trail Boss Model 22.5 Ton Tilt Top Trailer, S/N 1T9TP27Z6V1118142;
- One (1) 1993 GMC ¾ Ton 4X4 DSL Extended Cab, S/N 1GTGKZ9F7PE541362,

2

the above-captioned complete with all tires, wheels, additions, substitutions, attachments, replacements and accessions thereof (the "Equipment"), and that you shall make your return within thirty (30) days from the date hereof.

                                        **FELICIA C. CANNON, CLERK**

Date Issued: _____ By: _____
                                                                                     **DEPUTY CLERK**