IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | |
|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC., | * |
| PLAINTIFF, | * |
| v. | *   CASE NO.   03-CV-00197 |
| THE LANDMARK ASSOCIATED COMPANIES, INC., | * |
| DEFENDANT. | * |

* * * * * * * * * * * * *

ORDER AUTHORIZING U.S. MARSHAL TO ENTER
PROPERTY TO RECOVER EQUIPMENT SUBJECT TO WRIT OF REPLEVIN

Upon consideration of the *Emergency Ex Parte Motion of The CIT Group/Equipment Financing, Inc. for Order Authorizing U.S. Marshal to Enter Locations Where CIT's Equipment May be Found (the "Motion")*, the relief requested appearing appropriate and necessary under the circumstances, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the U.S. Marshal is authorized to enter premises (the "Locations") where the Equipment listed in the *Writ of Replevin* (the "Equipment") may be found in order to return the Equipment to CIT's possession as ordered; and it is further

ORDERED that the U.S. Marshal may use such force as is reasonably necessary to secure the Equipment.

The Locations are as follows:

The Landmark Associated Companies, Inc.
1021 Skidmore Drive
Annapolis, MD 21401

Poolesville Concrete
16800 Darnestown Road
Poolesville, MD

Land Mark Corp.
1046 E. College Parkway
Annapolis, MD 21401

Smith Brothers, Inc.
4703 Woodfield Road
Galesville, MD 20765;

and it is further

ORDERED that the Marshal is hereby authorized to enter such other premises later identified as places where the Equipment may be found, including the use of reasonable force, for the purpose of securing and returning the Equipment to CIT.

DATE: _____

                                               **JUDGE, UNITED STATES DISTRICT COURT**
                                               **FOR THE DISTRICT OF MARYLAND**

cc:

Steven N. Leitess, Esq.
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208

2