IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | | |
|---|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC., | * | |
| PLAINTIFF, | * | |
| v. | * | CASE NO.   **03-CV-00197** |
| THE LANDMARK ASSOCIATED COMPANIES, INC., | * | |
| DEFENDANT. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER AUTHORIZING AND DESIGNATING SUBSTITUTE
CUSTODIAN TO TAKE POSSESSION OF
EQUIPMENT RECOVERED PURSUANT TO WRIT OF REPLEVIN**

Upon consideration of the *Motion of The CIT Group/Equipment Financing, Inc. for Order Authorizing Substitute Custodian to Take Possession of Equipment Recovered Pursuant to Writ of Replevin*, the relief requested appearing appropriate and necessary under the circumstances, it is hereby

ORDERED that Brad Kesler and Metropolitan Recovery Systems, Inc. are approved and designated substitute custodians authorized to locate, recover, take possession and store the Equipment upon execution of the writ of replevin by the United States Marshal.

DATE: _____         _____
                                                    JUDGE, UNITED STATES DISTRICT COURT
                                                    FOR THE DISTRICT OF MARYLAND

cc:

Steven N. Leitess, Esq.
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208