**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 16, 2003

Memo To Counsel Re: CIT Group v. Landmark Associated Companies, Inc.
Civil No. JFM-03-197

Dear Counsel:

Please provide me with a status report on or before September 26, 2003.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge