| | | |
|---|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC. | * | IN THE |
| Plaintiff | * | UNITED STATES DISTRICT COURT |
| vs. | * | FOR |
| THE LANDMARK ASSOCIATED COMPANIES, INC., et al | * | DISTRICT OF MARYLAND (BALT. DIV) |
| Defendant | * | Case No.: **JFM 03 CV 197** |

*****************************************

### AFFIDAVIT OF SERVICE

THE UNDERSIGNED HEREBY CERTIFIES TO BE A COMPETENT PERSON OVER 18 YEARS OF AGE AND NOT A PARTY TO THE AFORESAID ACTION. THE UNDERSIGNED FURTHER CERTIFIES THAT SERVICE OF PROCESS WAS MADE UPON THE FOLLOWING INDIVIDUAL AT THE ADDRESS SHOWN BELOW ON OR ABOUT __4/10/2003__ AT APPROXIMATELY __10:21 AM__

ELLA MCDANIEL, AGENT FOR THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION

300 E. PRESTON STREET

BALTIMORE, MD 21202

DESCRIPTION of the DEFENDANT: Race:__B__ Sex:__F__ Ht.:__5'7"__ Wt.:__170__ Age:__38__

BY DELIVERING AND LEAVING WITH THE PERSON SERVICED THE FOLLOWING ITEMS:

__X__ SUMMONS    __X__ COMPLAINT    ____ INTERROGATORIES    __X__ SHOW CAUSE ORDER

__X__ MOTION    ____ COUNTER COMPLAINT    ____ DOMESTIC VIOLENCE ORDER

____ REQ. FOR PRODUCTION OF DOCUMENTS    ____ REQ. FOR JURY TRIAL    __X__ CIVIL CASE INFO

__X__ OTHER (SPECIFIED)__ORDER GRANTING LEAVE TO COMMENCE DISCOVERY PRIOR TO SCHEDULING ORDER, ORDER DIRECTING ISSUANCE OF WRIT OF REPLEVIN__

### EXPLANATION: SUBSTITUTE SERVICE UPON THE STATE DEPARTMENT OF ASSESSMENTS AND TAXATION

1) On March 27, 2003, at approximately 1:43 pm, I Darren M. Cady attempted to deliver a copy of the above mentioned documents to Robert Gregory, Jr., for Landmark Associated Companies, Inc. at 1601 Chicksaw Road in Arnold, Maryland 21012. I was approached by a passing vehicle who questioned my being at this house, advising that the owners were not home. I advised as to who I was and the nature of my visit and was told that Robert Gregory, Jr. had moved several years ago.

1



2) On March 27, 2003, I found a better address for Robert Gregory, Jr. by searching real estate property records and phone records, of 236 Severn Drive in Annapolis, MD 21401.

3) On March 31, 2003, at approximately 7:45 pm, service of process was attempted upon Robert Gregory, Jr. at 236 Severn Drive. There was no response at the door, however, it did seem likely that someone was home as there were lights and tv's on in the house as evidenced by the attached worksheet, signed under affidavit by William McConnell.

4) On April 9, 2003, at approximately 10:49 am, I attempted service of process upon Robert Gregory, Jr. at 236 Severn Drive. There was no answer at the door and no indication that anyone was home. The house was quiet and there were no vehicles present at the house.

5) On April 9, 2003, at approximately 11:16 am, I attempted service of process upon Robert Gregory, Jr. at 1046 E. College Pkwy, the office address for Landmark Associated Companies, Inc.. There was no answer at the door of this business address. I could not tell if the office was even still currently used as some things inside the office were boxed and others were just sort of spread around. The doors were locked and lights were off and no one was inside.

6) On April 10, 2003, service was perfected upon an agent of the State Department of Assessments and Taxation as the resident agent for the defendant company, The Landmark Associated Companies, Inc. does not have a resident agent located at the address listed with the SDAT and was not responsive at his new house or place of business.

I DO SOLEMNLY DECLARE AND AFFIRM UNDER PENALTIES OF PERJURY THAT THE MATTERS AND FACTS SET FORTH HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

DATE 4/10/03

DARREN M. CADY
P.O. BOX 18232
BALTIMORE, MD 21227

2