IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | | |
|---|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC., | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO.    **03-CV-00197** |
| THE LANDMARK ASSOCIATED COMPANIES, INC., | * | |
| DEFENDANT. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

AFFIDAVIT OF TOM TIKO IN SUPPORT OF MOTION BY
THE CIT GROUP/EQUIPMENT FINANCING, INC.
FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

I, Tom Tiko, being over eighteen (18) years of age and competent to testify, have personal knowledge of the facts herein stated and testify as follows:

1.      I am a Portfolio Specialist for The CIT Group/Equipment Financing, Inc., *f/k/a* SDI Capital Resources, Inc. ("CIT"). CIT's principal place of business is located at 1540 West Fountainhead Parkway, Tempe, Arizona 85282. I am authorized to make this affidavit on behalf of CIT.

2.      CIT keeps regular books of accounts and records, in my charge or under my supervision and to which I have access. The entries in such books and records are made in the regular course of business and the facts set forth in this Affidavit were disclosed by such entries.

3.      I reviewed the *Motion for Entry of Default and Judgment by Default* ( the "Motion") and the *Complaint* (the "Complaint") filed against The Landmark Associated Companies, Inc. ("Landmark"). The averments contained in the Complaint and the Motion are true and correct to the best of my knowledge, information and belief, and the documents attached thereto are true and correct copies of the original documents kept by CIT in the ordinary course of its business, and for which I am the custodian of records.

EXHIBIT
_B_

4.      As of July 24, 2003, Landmark owes CIT the amount of $568,437.18, including a

principal amount of $546,218.91, attorney's fees and expenses of $22,218.27 and court costs.

5.      CIT has not, directly or indirectly, received any part of the money charged herein

as due, or received any security or satisfaction for which credit has not already been given

I SOLEMNLY AFFIRM under the penalties of perjury and upon personal knowledge that
the contents of the foregoing affidavit are true and correct.

THE CIT GROUP/EQUIPMENT FINANCING, INC.

9/19/03

Date

By: _Tom Tik_

Tom Tiko, Portfolio Specialist

2