IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | | |
|---|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC., | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO.   03-CV-00197 |
| THE LANDMARK ASSOCIATED COMPANIES, INC., | * | |
| DEFENDANT. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER OF DEFAULT

It appearing from the records and/or affidavit that the summons and Complaint were properly served on The Landmark Associated Companies, Inc. on <u>April 10, 2003</u>, and that the time for The Landmark Associated Companies, Inc. to plead or otherwise defend expired on <u>April 30, 2003</u>, and that The Landmark Associated Companies, Inc. has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon request of the Plaintiff, The CIT Group/Equipment Financing, Inc., and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is:

ORDERED that default for want of answer or other defense by The Landmark Associated Companies, Inc. is entered this _____ day of _____, 2003.

FELICIA C. CANNON, CLERK

By:_____