IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (BALTIMORE DIVISION)

| | |
|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC., | * |
| PLAINTIFF, | * |
| v. | *    CASE NO.    <u>03-CV-00197</u> |
| THE LANDMARK ASSOCIATED COMPANIES, INC., | * |
| DEFENDANT. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER ENTERING DEFAULT JUDGMENT

It appearing from the record in this matter that entry of default for want of answer or other defense was made as to Defendant The Landmark Associated Companies, Inc. for failure of said defendant to plead or otherwise defend as provided by the Federal Rules of Civil Procedure; it appearing that The Landmark Associated Companies, Inc. was properly served on April 10, 2003, it is hereby:

**ORDERED AND ADJUDGED**, that default judgment be entered in favor of The CIT Group/Equipment Financing, Inc. and against Defendant The Landmark Associated Companies, Inc. for the amount of $568,437.18, including a principal amount of $546,218.91, attorney's fees and expenses of $22,218.27 and court costs, with post-judgment interest at the legal rate until the judgment is fully paid.

DATE:_____

_____
UNITED STATES DISTRICT JUDGE

Copies to:

Steven N. Leitess, Esquire
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, Maryland 21208

The Landmark Associated Companies, Inc.
Attn.: Robert R. Gregory, Jr., Resident Agent
1601 Chicksaw Road
Arnold, MD 21012