IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
THE CIT GROUP/EQUIPMENT        *
FINANCING, INC.                *
            Plaintiff          *
        vs                     *    CIVIL NO. JFM-03-197
THE LANDMARK ASSOCIATED        *
COMPANIES, INC.                *
            Defendant
```

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of <u>Plaintiff</u> that the summon and complaint were properly served upon the above named defendant on <u>April 10, 2003</u> and that the time for said defendant to plead or otherwise defend expired on <u>April 30, 2003</u> and that said defendant have failed to plead or otherwise defend as directed in said summon and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is <u>ORDERED</u> that the default for want of answer or other defense by said plaintiff is entered this <u>25th</u> day of <u>September</u> 20<u>03</u>  .

FELICIA CANNON, CLERK OF COURT


By:     /s/
     Martina West
     Deputy Clerk