# LEITESS, LEITESS & FRIEDBERG, P.C.

Attorneys at Law

---

EARL F. LEITESS (MD)
STEVEN N. LEITESS (MD, DC)
JEREMY S. FRIEDBERG (MD, VA, DC)
TAMMY C. DRESCHER (MD, VA, DC)
ANDREW L. COLE (MD, VA, FL)
GORDON S. YOUNG (MD, PA, DC)
G. DAVID DEAN (MD, VA, DC)

STEPHEN M. FRIEDBERG (NY, FL)
WENDELL FINNER (MD, DC, VA, FL)
    *Of Counsel*

PLEASE REPLY TO:
MARYLAND OFFICE

CHARLES E. GREENE, II
CLARE BRENNAN
PARALEGALS

September 26, 2003

*Writer's Direct Dial*
410.486.2602

*Writer's e-mail Address*
steve@leitess.com

The Honorable J. Frederick Motz
United States District Court for the District of Maryland
Chambers 5A
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, MD 21201

        Re:    The CIT Group/Equipment Financing, Inc. ("CIT")
                v. The Landmark Associated Companies, Inc., Case No. JFM-03-CV-197

Dear Judge Motz:

      The following is status report in the referenced case. The United States Marshal served the writ of replevin in this matter at several locations but recovered less than all equipment described in the writ. Several units could not be located and were not recovered. It appears that the defendant's principal, Robert Gregory, a defendant in a separate but related case assigned to your Honor, is concealing or may have sold CIT's unrecovered equipment. CIT is attempting to locate those items.

      CIT filed its *Motion of The CIT Group/Equipment Financing, Inc. for Entry of Order of Default and Default Judgment* on September 22, 2003. The Clerk entered Landmark's default on September 25, 2003. The same day, CIT learned that Landmark filed its second voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code on September 8, 2003. The Petition again stays this case pursuant to 11 U.S.C. § 362. CIT is filing a motion for relief from stay that will enable it to resume this matter.

                                  Respectfully,

                                  **LEITESS, LEITESS & FRIEDBERG, P.C.**

                                  /s/ Steven N. Leitess
                              By: Steven N. Leitess

SNL:gdd
    cc:    The CIT Group/Equipment Financing, Inc.

\\law\server\common\case\cit-ef\landmarkassociated co\corres\status ltr 02.doc
9/26/2003:4:46 PM

SUITE 302
25 HOOKS LANE
BALTIMORE, MD 21208-1302
TELEPHONE 410.486.2600
TELECOPIER 410.486.8438

WORLD WIDE WEB
http://www.ll-f.com

218 NORTH LEE STREET
THIRD FLOOR
ALEXANDRIA, VA 22314-2631
TELEPHONE 703.684.8800
TELECOPIER 703.684.8801