IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC. | * | |
| Plaintiff(s) | * | Civil Action No.: JFM-03-197 |
| vs. | * | |
| THE LANDMARK ASSOCIATED COMPANIES, INC. | * | |
| Defendant(s) | ****** | |

**ORDER**

The court having been advised that Landmark Associated Companies, Inc. has filed bankruptcy proceedings in which an automatic stay has been issued, it is, this 2nd day of October, 2003

ORDERED that

1. The default judgment entered on September 26, 2003 is withdrawn;

2. This action is stayed; and

2. This action is administratively closed without prejudice to the right of plaintiff(s) to move to reopen this action for good cause shown.

/s/
J. Frederick Motz
United States District Judge

U.S. District Court (Rev. 12/1999)