**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND (NORTHERN DIVISION)**

| | | |
|---|---|---|
| THE CIT GROUP/EQUIPMENT FINANCING, INC., | * | |
| PLAINTIFF, | * | |
| V. | * | CASE NO. <u>03-CV-00197</u> |
| THE LANDMARK ASSOCIATED COMPANIES, INC., | * | |
| DEFENDANT. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*
\*

## ORDER

Upon consideration of the *Motion of The CIT Group/Equipment Financing, Inc. to Reopen Case and Reinstate Judgment by Default* (the "Motion") filed by plaintiff The CIT Group/Equipment Financing, Inc. ("CIT"), and any opposition thereto, for good cause shown and it appearing from the record in this matter that entry of default for want of answer or other defense was made as to defendant The Landmark Associated Companies, Inc. for failure of said defendant to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and it appearing that The Landmark Associated Companies, Inc. was properly served on April 10, 2003, it is hereby:

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that this case is administratively reopened; and it is further

**ORDERED AND ADJUDGED**, that default judgment be entered in favor of CIT and against defendant The Landmark Associated Companies, Inc. for the amount of $568,437.18, including a principal amount of $546,218.91, attorney's

fees and expenses of $22,218.27 and court costs, with post-judgment interest at the legal rate until the judgment is fully paid.

DATE:_____

                         J. FREDERICK MOTZ, JUDGE
                         UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF MARYLAND

Copies to:

Steven N. Leitess, Esquire
Gordon S. Young, Esquire
Leitess, Leitess & Friedberg, P.C.
25 Hooks Lane, Suite 302
Baltimore, MD 21208

The Landmark Associated Companies, Inc.
Attn: Robert R. Gregory, Jr., Resident Agent
1601 Chickasaw Road
Arnold, MD 21012